IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
Case No. 3:06CR137

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| ANTOLIN RAMIREZ-RAMIREZ, | ) |
| | ) |
| Defendant. | ) |

## ORDER GRANTING
## MOTION FOR ADMISSION *PRO HAC VICE*

**THIS MATTER IS BEFORE THE COURT** on Thomas E. Stewart's Application for Admission *Pro Hac Vice*. It appearing that Thomas E. Stewart is a member in good standing with the Georgia State Bar, the Court enters the following Order:

**IT IS, THEREFORE, ORDERED** that

(1) Thomas E. Stewart's Application for Admission *Pro Hac Vice* is **GRANTED**; and

(2) Thomas E. Stewart remit to the Clerk the required special admission fee of $100.00, if such fee has not already been paid.

Signed: June 6, 2006

David C. Keesler
United States Magistrate Judge